# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2029 3065 20, addressed to "Kaitlyn Maddigan, 3308 E Indigo Bay Ct., Gilbert, AZ 85234," with a return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761."

**SEARCH WARRANT**

Case Number:   21-9135 MB

TO:  ANDREW MCCLAMROCK and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Andrew McClamrock, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2029 3065 20, addressed to "Kaitlyn Maddigan, 3308 E Indigo Bay Ct., Gilbert, AZ 85234," with a return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761." It is a white Priority Mail cardboard box; weighing approximately 4.3125 pounds; postmarked June 7, 2021; and bearing flat rate metered postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h) and TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___6/29/2021_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

6/15/2021 @ 1:30pm
_____     at     Phoenix, Arizona
Date and Time Issued                                           City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE                    _____ESWillett_____
Name and Title of Judicial Officer                              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2029 3065 20, addressed to "Kaitlyn Maddigan, 3308 E Indigo Bay Ct., Gilbert, AZ 85234," with a return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761."

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number:   21-9135 MB

I, ANDREW MCCLAMROCK, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2029 3065 20, addressed to "Kaitlyn Maddigan, 3308 E Indigo Bay Ct., Gilbert, AZ 85234," with a return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761." It is a white Priority Mail cardboard box; weighing approximately 4.3125 pounds; postmarked June 7, 2021; and bearing flat rate metered postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 18, United States Code, Section 1956(h) and Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF ANDREW MCCLAMROCK, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Jennifer Corbet

Andrew McClamrock
Digitally signed by Andrew McClamrock
Date: 2021.06.15 12:21:51 -07'00'

Signature of Affiant – ANDREW MCCLAMROCK

Subscribed electronically, and sworn to telephonically.

6/15/2021 @ 1:30pm    at   Phoenix, Arizona

Date                              City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*EsWillett*

Signature of Judicial Officer

# AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Andrew McClamrock, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since August 2015. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. I am currently assigned to the Phoenix Division, specifically to the Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering) and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Priority Mail parcel (hereafter the "**SUBJECT**

1

**PARCEL"**). The **SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

    4.    The **SUBJECT PARCEL** is further described as follows:

        a.    **SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2029 3065 20, addressed to "Kaitlyn Maddigan, 3308 E Indigo Bay Ct., Gilbert, AZ 85234," with a return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761." It is a white Priority Mail cardboard box; weighing approximately 4.3125 pounds; postmarked June 7, 2021; and bearing flat rate metered postage.

### RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

    5.    In April 2021, Your Affiant was granted a federal search warrant in case number 21-5068MB for a parcel from Missouri destined to the address 2155 E. Pinto Dr., Gilbert, AZ 85296 (hereafter "the Pinto Drive address"). Your Affiant searched the parcel and found it to contain $20,000.00 in United States Currency contained in heat-sealed bags and concealed inside puzzle boxes. This package of cash weighed approximately 4 pounds and 14 ounces.

    6.    Postal database records revealed the Pinto Drive address, has received eighteen other Priority Mail or Priority Mail Express parcels, in 2021, from several different states, including Illinois, Virginia, Missouri, Nebraska, Kansas, and Idaho. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware

2

that the State of Arizona is frequently a source location for controlled substances that are mailed to the above listed States, and that proceeds from the sale of controlled substances are frequently returned to Arizona from the above listed States via USPS.

7. Further investigation into the Pinto Drive address revealed that Postal customers inquiring about delivery status of parcels to the address were also inquiring about the delivery status of parcels destined to 661 E Franklin Ave., Mesa, AZ 85204 and 3308 E Indigo Bay Ct., Gilbert, AZ 85234 (the destination for the **SUBJECT PARCEL**). Postal database records for 661 E Franklin Ave., Mesa, AZ 85204 and 3308 E Indigo Bay Ct., Gilbert, AZ 85234 revealed these addresses have received a combined eleven parcels from the State of Florida. Investigation into the eleven parcels revealed they all displayed the same return address of "Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761" and all weighed the exact same amount: 4.3125 pounds.

8. On June 8, 2021, Your Affiant was alerted to a parcel mailed from Florida and destined to 3308 E Indigo Bay Ct., Gilbert, AZ 85234 (the **SUBJECT PARCEL**). Your Affiant requested the **SUBJECT PARCEL** be held for further investigation.

9. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** had characteristics matching other parcels to the addresses 661 E Franklin Ave., Mesa, AZ 85204 and 3308 E Indigo Bay Ct., Gilbert, AZ 85234. The **SUBJECT PARCEL** bears a return address of Skater's Choice, 2843 Meadow Wood Dr., Clearwater, FL 33761", and weighs 4.3125 pounds. Additionally, the **SUBJECT PARCEL** was mailed to an address in Arizona from an address in the State of Florida. Based on my training, experience, and the collective experiences related to me by other

3

Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source location for controlled substances that are mailed to the State of Florida, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Florida via USPS.

10. A database query was conducted regarding the return address for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to Your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

11. Through the CLEAR database query, investigators learned the return address for **SUBJECT PARCEL** was an existing, deliverable address--but the business name "Skater's Choice" is not associated with the address 2843 Meadow Wood Dr., Clearwater, FL 33761. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated or not currently associated with an address or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

12. On June 10, 2021, Mesa Detective/Canine Handler and USPIS Task Force Officer Dawn Haynes picked up the **SUBJECT PARCEL** from the Phoenix, Arizona West Valley Logistics and Distribution Center (L&DC). Detective Haynes advised the

4

**SUBJECT PARCEL** was separated and individually inspected by her canine "Nicole." Detective Haynes advised that "Nicole" gave a positive alert to the **SUBJECT PARCEL,** by lying down next to the individual parcels at approximately 10:58 AM.

13. Detective Haynes described that, when "Nicole" lays down next to an item as she did, "Nicole" is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence within the **SUBJECT PARCEL** of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

14. Detective Haynes advised she is a Mesa Police Department Detective currently assigned to the handling and care of Mesa Police Department canine "Nicole." Detective Haynes has been a police officer with Mesa Police for 19 years. "Nicole" is a three-year-old Belgian Malinois, who has been working drugs/narcotics detection for the Mesa Police Department since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). Detective Haynes' certifications also include the completion of a canine certification course put on Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at the Mesa Police Department, "Nicole" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## **CONCLUSION**

15.  Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

Andrew McClamrock
Digitally signed by Andrew McClamrock
Date: 2021.06.15 12:23:01 -07'0

ANDREW MCCLAMROCK
United States Postal Inspector

Subscribed electronically, and sworn to me telephonically on this 15 day of June, 2021.

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge